## EL PUEBLO *v.* PÉREZ.

APELACIÓN procedente de la Corte de Distrito de

Guayama.

No. 22.   Resuelto en diciembre 15, 1905.

APELACIÓN.—PRUEBAS.—PLIEGO DE EXCEPCIONES.—RELACIÓN DE HECHOS.—Para que el Tribunal Supremo pueda entrar en la apreciación de la prueba, en una apelación, es necesario que se presente un pliego de excepciones ó una relación de hechos, que contengan toda la prueba practicada en el juicio.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Manuel F. Rossy.*
Abogado del apelado: *Sr. Rossy, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El día 25 de febrero de 1905 el fiscal del Distrito judicial de Guayama formuló acusación ante la corte de dicho distrito contra Eduardo Pérez, imputándole la comisión

de un delito de incendio malicioso comprendido en el artículo 407 del Código Penal vigente y que fué cometido como sigue:

"El día 16 de Febrero de 1905, el acusado Eduardo Pérez, se introdujo en una pieza de caña de la Colonia "Adela", de la jurisdicción de Salinas, del término judicial de Guayama, y de la propiedad de Bertrán W. Greene, y maliciosamente dió fuego á dichas cañas, quemándose cinco cuerdas de la misma."

La anterior acusación fué leída al acusado en 28 de febrero del mismo año y la contestó alegando su inocencia. En 10 de marzo siguiente, se llamó la causa para juicio, comparecieron ambas partes, y celebrado aquél, la corte declaró al acusado culpable de un delito comprendido en el artículo 407 del Código Penal, y le condenó en 15 del mismo mes á la pena de tres años de presidio con trabajos forzados y al pago de las costas.

De esta sentencia se interpuso apelación para ante este tribunal; se remitieron las transcripciones del récord, que fueron presentadas en dos de mayo siguiente. El abogado del apelante, ha presentado además una copia de las notas taquigráficas tomadas durante el juicio.

Es doctrina sentada por este tribunal, en muy recientes decisiones, que para que esta corte de apelación pueda entrar en la apreciación de la prueba practicada en el tribunal inferior, deberá sometérsele á su consideración por medio de un pliego de excepciones ó de una exposición de hechos, debidamente preparada; ambos documentos faltan en el récord y por esas razones no podemos entrar en el análisis de las declaraciones de los testigos que comparecieron en el inferior.

Hemos examinado cuidadosamente las transcripciones del récord remitidas por el secretario del tribunal del distrito judicial de Guayama, y no hemos encontrado error fundamental alguno que justifique una revocación ó modi-

ficación del fallo dictado por la Corte de Distrito de Guayama, objeto de la presente apelación.

Por estas razones, somos de opinión, que la sentencia dictada en esta causa por la mencionada Corte de Distrito, debe confirmarse en todas sus partes, con las costas al apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.